UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN ó SOUTHERN DIVISION

NELDA KELLOM, as Personal Representative          Case No.: 2:17-cv-11084
of the Estate of Terrance Kellom, KEVIN KELLOM,   Hon. Sean F. Cox
TERIA KELLOM, LAWANDA KELLOM, TERRELL KELLOM,
And JANAY WILLIAMS, as personal representative
of Terrance Kellomøs two minor children,
    Plaintiffs,

- vs -

UNITED STATES OF AMERICA, MITCHELL QUINN,
DARRELL FITZGERALD, TREVA EATON, JAMES CRAIG, and CITY OF DETROIT,
    Defendants.
_____/

| | |
|---|---|
| AYAD LAW, PLLC | CITY OF DETROIT LAW DEPARTMENT |
| Nabih H. Ayad (P59518) | Gregory B. Paddison (P75963) |
| Attorney for Plaintiff | Attorney for Detroit Defendants |
| 645 Griswold St., Ste. 2202 | Coleman A. Young Municipal Center |
| Detroit, MI 48226 | 2 Woodward Ave., Ste. 500 |
| (313) 983-4600 | Detroit, MI 48226 |
| nayad@ayadlaw.com | (313) 237-0435 |
| | paddisong@detroitmi.gov |
| | |
| | Assistant U.S. Attorney |
| | Brandon C. Helms |
| | Zak Toomey |
| | Attorneys for Defendant Quinn |
| | 211 W. Fort St., Ste. 2001 |
| | Detroit, MI 48226-3211 |
| | (313) 226-9778 |
| | Brandon.Helms@usdoj.gov |

_____/

**INDEX OF EXHIBITS**

**Exhibit "A"** Deposition Transcript of Kevin Kellom

| | |
|---|---|
| **Exhibit "B"** | Certified Interview of Kevin Kellom |
| **Exhibit "C"** | Deposition Transcript of Teria Kellom |
| **Exhibit "D"** | Deposition Transcript of Anthony Coleman |
| **Exhibit "E"** | Officer Fitzgerald's Statement |
| **Exhibit "F"** | Officer Eaton's Statement |
| **Exhibit "G"** | Deposition Transcript of Treva Eaton |

Respectfully Submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: December 10, 2018         /s/ Gregory B. Paddison
Gregory B. Paddison (P75963)
Attorney for Defendants