# Exhibit A

```
 1              I'm sorry.  There's multiple questions there.
 2              Let start with, when did you become Detective?
 3   A    From when I was at the drain, I was Detective Trooper.
 4        Prior to that, I was Violent Crimes Task Force and
 5        Surveillance.  Basically, from 2006 until 2011, I was
 6        Detective Trooper.  There is a certain interview
 7        process you have to go through, through question and
 8        answer form.  In 2013, I became a Detective Sergeant up
 9        for a promotion in to our Detective Bureau.  Same type
10        of scenarios, same type of question and answer type of
11        interview.
12   Q    All right.  And were you interviewed for that position
13        in 2013?
14   A    Correct.
15   Q    Okay.  Do you know who assigned you to be in charge of
16        this investigation on this case, on Mr. Terrance
17        Kellom?
18   A    I believe, it was Lieutenant Tiseo at that time, if he
19        was still there.  They have had --
20   Q    Lieutenant Tiseo?
21   A    T-i-s-e-o
22   Q    He is based out of where?
23   A    I don't believe, he works for Detroit Police Department
24        anymore.  I believe, he retired the last year.  I'm not
25        sure where he works, but at that time --
```

                                    34

```
 1  Q    At that time, he worked for whom?
 2  A    DPD, he was Lieutenant, Homicide Task Force.
 3  Q    So, the DPD, the Homicide Task Force -- the Homicide
 4       Task Force assigned you, basically, to investigate?
 5  A    Correct.
 6  Q    Okay.
 7  A    If that helps.  If that helps, like, we have a General
 8       Assignment List and my name was up on that list ready
 9       to go.
10  Q    Does he still work there now or not?
11  A    He does not work in the task force.  When he left
12       there, anyway, he went to the Ninth Precinct, but I
13       believe, he retired last year.  I'm not real sure.
14  Q    Do you remember, sir, what he told you, if anything, as
15       to taking on this case?
16  A    No.  Just that "You're up," type of thing on the list,
17       so --
18  Q    You say, a list.  List.  What list are you talking
19       about?
20  A    We have a General Assignment List.  So, like, the
21       homicides that we have, and we have the officer
22       involved shootings, then on the MSP side, we take Wayne
23       County and custody desk as well as officer involved
24       shootings.  So, there are different lists we go off of.
25  Q    That includes the homicides by nonofficers as well?
```

```
 1  A     Yes.  So, there's three separate lists, General
 2        Assignments which are homicides.
 3  Q     Okay.
 4  A     Then you have Wayne County in custody desk, where all
 5        the MSP will handle those.
 6  Q     Okay.
 7  A     And then below that, we have officer involved shootings
 8        from the DP side and the NSP side.  Sorry.  If it's a
 9        DPD involved in the shooting, the DPD Detective next
10        will handle that if there is -- an outside agency will
11        handle that if there is an outside shooting.
12              Does that make sense?
13  Q     So, you were tasked by Lt. Tiseo to basically handle
14        that?
15  A     Correct.
16  Q     Okay.
17              (Brief break taken.)
18  Q     Det. Sanchez, you indicated that there is some sort of
19        checks and balances that your higher-ups do.
20              Can you talk about that?
21              What are the checks and balances that you are
22        talking about?
23              MR. HELMS:  I object to form.
24              THE WITNESS:  We were talking about the
25        transparency part of the investigation we have to go
```

36

```
 1            through.  So, every morning, we have, like, a 9:30
 2            briefing.  We go over the investigation.  I have a list
 3            that I believe, needs to be followed up on.  They
 4            oversee what has to be done on the case as well.  If
 5            it's getting off the list or if they have different
 6            ideas that are going to be pertinent to the
 7            investigation.
 8   BY MR. AYAD:
 9   Q        Who is part of that -- privy?
10   A        Everybody.  So, at that time, I think, we had probably
11            about 18 people on the task force as well as the
12            supervisors.
13   Q        Okay.
14   A        So, we have a briefing where everybody sits down and we
15            go over investigation, what hasn't been done and what
16            is getting done and then it is overseen by the
17            supervisors.
18   Q        But let's go back to the checks and balances.
19                    What is it that you feel that -- so that you
20            said that you should be part of this investigation?
21   A        So, you have DPD that's there.  You have Michigan State
22            Police.  The two supervisors, they review what's going
23            on at that time.  I believe, at the DA -- where the DA
24            partner would -- also reviewed what's being done on
25            that.
```

```
 1  Q     And you are talking about right before April 22, 2015,
 2        that's who was there in reference to?
 3  A     I want to say, it was just the DA was there at the
 4        time.  I don't believe, the FBI came over until the
 5        following year.
 6  Q     All right.  And yes, I'm trying to find out,
 7        Det. Sanchez, as to who made the decision to basically
 8        put you as in charge of this investigation.
 9              MR. HELMS:  I object to form.
10              THE WITNESS:  It just goes basically off a
11        list.  So, my name was next on the list, all right?
12              So, break it down one more time.  So, whoever
13        has the new investigation at that time.  DPD had a lot
14        of investigations on homicides when they brought them
15        over from their original squad.
16  BY MR. AYAD:
17  Q     Okay.
18  A     So, all the State Police Troopers were getting the
19        assignments.  The general assignment, first, then we go
20        below the DPD.  So, as the supervisors, I would have
21        been one of the Detective Sergeants at that time.  We
22        had one other prior Detective Sergeant from the State
23        Police.  It went me and him, then the Troopers would be
24        the next ones in line for those outside the agents with
25        DPD.  It just depends who was up next, how they wrote
```

38

```
 1            those down for those officer involved shootings.  So,
 2            name was number one on the list to be the next one that
 3            actually comes in at that time.
 4   Q        How is that list conducted?
 5            I mean, you say --
 6   A        It would have been through probably Lt. Tiseo and my
 7            Lieutenant at that time was Lieutenant Weimer.
 8   Q        How often was it changed?
 9   A        If I take one, I go to the bottom of the list.  So,
10            whoever is next up on the list.
11   Q        When was the last time you took one before April 22,
12            2015?
13   A        I have -- part of the problem being part of MSP, last
14            one was down in Livonia about the shooting down in
15            Plymouth.
16   Q        When was that?
17   A        I want to say, in the summer sometime.
18   Q        2015?
19   A        No.  This was back --
20                  You are asking me the last one I took?
21   Q        No.  I'm saying, before April 27, 2015.
22   A        As an OSD, I wouldn't have been OSD.  I would have just
23            been contributing partner on the team at that time.
24   Q        I'm trying to find out, how did you get to the top of
25            the list?
```

39

```
 1            You said, it's by the list.
 2   A   That's how it started at that time in June of
 3       2014.  I believe, that's when it originated was --
 4       that's when -- why I started saying that we will get
 5       involved with the shootings that are outside of any
 6       outside agent involved in this shooting, outside the
 7       city of Detroit.  At that time, I don't believe, we had
 8       -- I think, that was the first one that we had was
 9       that.
10   Q   In fact, there was a first one, wasn't it?
11   A   Outside departments with -- since the task force, I
12       believe that was the first one outside agency.  That's
13       why I say, my name was at the top of the list, because
14       that was going to be my assignment.
15   Q   Okay.  It's not like you had others and you just
16       circled around and had this new one, right?
17       This was the first one?
18   A   No.  This was the actual first one as MSP involved as
19       OIC.
20   Q   All right.  We talked, Det. Sanchez, about everything
21       that you did to investigate the death of
22       Terrance Kellom.  This was your duty, right?
23            Basically, to investigate everything about this
24       shooting, see what the circumstances were and come to a
25       possible conclusion, right?
```

40